IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL JEFFERY ATKIN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 14-163 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| NANCY GIROUX, *et. al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 13, 2015, the Magistrate Judge issued a Report (Doc. 17) recommending that the petition for a writ of habeas corpus be denied because Petitioner's claims were filed outside the one-year statute of limitations, and that the certificate of appealability be denied. Service of the Report and Recommendation was made. On October 9, 2015, Joel Jeffery Atkin ("Petitioner") filed his objections. (Doc. 22).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

The Petition of Joel Jeffery Atkin for a writ of habeas corpus (**Doc. 1**) is **DISMISSED** and a certificate of appealability is **DENIED**. The Report and Recommendation of the Magistrate Judge, dated August 13, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

November 10, 2015                              s\Cathy Bissoon
                                               Cathy Bissoon
                                               United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

Joel Jeffery Atkin
L-2585
SCI ALBION
10745 Route 18
Albion, PA 16475